"PAY TO THE ORDER OF THE UNITED STATES OF AMERICA. WITHOUT RECOURCE"

Special Deposit

IN THE DISTRICT COURT OF THE UNITED STATES SOUTHERN FLORIDA

Of his own authority.
**Eddie-Alexander: surname BANKS**
    Presenter,
v.

AL LIMBARDI, et al.
JOHN J. HARLY, et. al.
JILL LEVY, et. al.
MARY RUDD ROBINSON, et. al.
STEVENS GALU, et. al.
E. RICHARDSON, et. al.
MARTIAN, et. al.
HOWARD C. FORMAN, et. al.
KATHLEEN M. WILLAIMS, et. al.
MITCHELL GORDEN, et. al.
STEVEN E. McALEER, et. al.
STATE OF FLORIDA, et. al.
    Respondents.

CASE NO.

**VERIFIED WRIT OF QUO WARRENTO AND MANDAMUS AND COMPLAINT FOR DAMAGES**

**JURY TRIAL DEMANDED**

Jus In Rem

⊥

### Information in the nature of a writ of quo warranto

Presenter, Eddie-Alexander:, pursuant to 28 U.S.C. 1746, states that the matters stated herein are true under penalty of perjury under the laws of the Unites States of America and sues in common law the Respondents/Defendants.

### INTRODUCTION

1. By this lawsuit, Banks commands:
    a. A Writ of Quo Warranto ousting *Broward county sheriff, et.al. Deputies E. Richardson and Martian, John J. Harly magistrate judge, Stevens Galu, Judge Kathleen M. William, Deputy Mitchell Gorder, Jill Levy administrative officer/judge and damages — Presenter names Mary Rudd Robinson circuit court judge, Howard C. Forman, Clerk of Broward County 17th Judicial Circuit,* Steven E. McAleer for damages. *Presenter reserves the right to add respondents as names become available.*

### PURPOSE OF WRIT

The Petitioner respectfully directs the District Court of Southern Florida to issue a writ of quo warranto to the Respondents requiring them (1) to show by what specific constitutional or statutory

provision that permitted the violation of the Petitioner's divine rights said to be protected by common law, the Constitution for the United States, the Florida Constitution, as well as Federal and State laws and in international law. (2) the authority to confiscated all household goods, family assets air looms, and legal documentation, not much more then the clothes on my family's back without due process and equal protection of law.

## JURISDICTION

A writ of quo warranto is a proper remedy for contesting the authority of public officers and agencies to take action in their official capacities. *Crist v. Florida Association of Criminal Defense Lawyers, Inc.*, __ So. 2d __, 33 Fla.L. Weekly S172, S177, n.3 (Fla. March 13, 2008). See also *State ex rel Butterworth* 3 *v. Kenny*, 714 So. 2d 404, 406 (Fla. 1998)

See also *Martinez v. Martinez*, 545 So. 2d 1338 (Fla. 1989):

> Quo warranto is the proper method to test the "exercise of some right or privilege, the peculiar powers of which are derived from the State." *Winter v. Mack*, 142 Fla. 1, 8, 194 So. 225, 228 (1940). *Compare, e.g., State ex rel Smith v. Brummer*, 426 So. 2d 532 (Fla. 1982) (quo warranto issued because public defender did not have authority to file class action on behalf of juveniles in federal court), *cert. denied*, 464 U.S. 823, 104 S.Ct. 90, 78 L.Ed. 2d 97 (1983); *Orange County v. City of Orlando*, 327 So. 2d 7 (Fla. 1976) (legality of city's actions regarding annexation ordinances can be inquired into through quo warranto); *Austin v. State ex rel. Christian*, 310 So. 2d 289 (Fla. 1975) (power and authority of state attorney should be tested by quo warranto). Testing the governor's power to call special sessions through quo warranto proceedings is therefore appropriate.
> *Id.* at 1339.

See also *State ex rel. Chiles v. Public Employees Relations Commission*, 630 So. 2d 1093 (Fla. 1994):

> This Court may also exercise jurisdiction via the "all writs" provision of article V, section 3(b)(7) of the Florida Constitution. In *Florida Senate v. Graham*, 412 So. 2d 360 (Fla. 1982), we held that this Court may issue all writs necessary to aid the Court in exercising its "ultimate jurisdiction." *Id.* at 361. Article V, section 15 of the Florida Constitution vests this Court with the "exclusive jurisdiction to regulate the admission of persons to the practice of law and the discipline of persons admitted." Because the regulation of attorneys falls within the Court's ultimate power of review, the all writs clause could arguably be invoked as a basis for this Court's jurisdiction.

## MANDAMUS
Equality under the law is paramount and mandatory.

Be it known to all who read that I Eddie of the family of Banks, given a fee simple estate of inheritance from the Father and registered owner of an indispensible title to my land and lawful owner of the real property and inheritance Know as EDDIE ALEXANDER BANKS™©®, Born the 1st day of March, 1973 and registered in Broward county recorder of (Florida). Having now appeared and from this day forward, I shall be seen now and forever more competent and of age of

the majority and the Soveregn power on the land. All presumptions to the contrary are void. My wet ink signature shall be my seal.

I am an immortal spirit created in the image of the Father here are one of His people. Conscious of my trinity of heart, mind, and soul born a child of God now living a man of peace. Under the grace of the Creator and by the Creators will I am a sovereign power a tribunal of the court of record of my nation state with original and exclusive final jurisdiction in all matters concerning my lands and real property and all interest in my estate. A living man one of the people sovereign power on my land. Answerable only to the Father. I as grantee accept the covenant known as the new testament and the deed know as the constitution for the United States of American, and Florida and treaties of peace. I accept the promissory oath of all public officers and vows of the clergy to be the servants who by fealty and homage to me bear faith and opposition to all men without save and exception and protect the kings, princes, and people from the belligerence I extend my sovereign immunity to said public officers performing their lawful duties in regards to my business and protection.

Therefore I, by sovereign prerogative with the trinity of heart, mind, and soul command this writ of mandamus issued under my hand and seal is lawful judgment, binding on all competent and incompetent courts of justice governments, clergy, corporations, persons, thier officers and servants to ensure my will is executed.

No natural or artificial person has status to bring a claim against me the living man nor against my real property and/or interest. Any such claim now open is void on its face and shall be immediately discharged. Any living man claiming that I have harmed him or his property shall provide full proof of evidence to substantiate his claim.

Lawful officers are commanded to protect me and my property and interest as one of the Creator's people, man created in His image landlord of my realm that by your freewill have sworn allegiance (your oath of office). Your promissory oath has bound your soul to eternal damnation if you should ever break God creator's law. If you require my seal to carry out my orders ask, I will give it to you, otherwise do as you are ordered. Failure to immediately carry out any verbal or written lawful orders from this day forward is your acknowledgement of breaking creator God's Law, an indication that you are incompetent and not worthy of holding your office. In which case, I mandate the ordinary of your province and his Vicar Generals to correct any cleric or clergy holding ordinary power as necessary to see that my lawful orders are followed.

I am following the footsteps of my brother Christ on a path to achieve the status of the son of God and on that journey as a man as a man of peace and what I ask for It shall be given. It is my will that from now forth I am identified as a living flesh and blood man identified by the Christian name spelled exactly like this:

**-Eddie of the family of Banks**

-Eddie-Alexander:

-Surname BANKS

And never again be seen as one of the dead under the control of some pagan religion, further no man speaks to the Father for me. My wish is to honor the Father with heart, mind and soul by unleashing the Devine energy he has given me as my inheritance that until now has been controlled and squandered by others who would rather charge their brothers rather than treat them like themselves. Enslaving all to hell on earth or paradise could always exist and honor of the Father, it is my honor to protect the weak from the belligerence and upon my order on their behalf shall be given to them. What's mines is mine, what's yours is yours and it is my wish that I have all that is mines now. I'll leave the paper work to you.

The Presenters comes before this body in full life, and in their Proper Personas. The Presenters are neither 'collective entities' nor 'artificial constructs' of any contrivance of man. The Presenters are Citizens of America and believe they have The Right To Access The Court, The Right to Due Process, The Right To Equal Protection of Law and that they do not need a special code, handshake, blood stained signature, incantation, or the like to be able to obtain redress. The collective Entity Rule/Doctrine does not apply in this matter as the Presenters are American Citizen's as a matter of Heritage, and progeny, and is vested and shrouded by the rights secured thereof, such an application of an artificial person and of labeling is hereby rebutted!

We have no doubt that "person", in a legal setting, often refers to artificial entities. The Dictionary Act makes that clear. 1U.S.C.§1 (defined "person" to include "corpora-tions, companies, associations, firms, partnerships, socie-ties,, and joint stock companies, as well as individuals") FCC v. AT&T (2011 Supra)

The Natural Sentient Status of the Presenters is one of the matter before this body, and anything to the contrary is rebutted by the preponderance of evidence support throughout any and all documents submitted to the United States Court henceforth, heretofore, forthwith and forever in reference to this matter. The 'Collective Entity Doctrine' encompasses an Artificial Entity/Legal fiction, thereby making the 'Collective Entity' an-intangible construct visible only in document form. The Declaration of Executorship – Granters Assertion of Rights, Certified by an officer of the court, by the Secretary of States, and constitutionally backed by official seal, representing full faith and credit of the United States attest to the standing and status of the petitioner on file with this court.

**THE PROCEEDINGS LEADING
TO THIS WRIT**

**AFFECT SUMMARY**

Presenter has been vanquished and left naked of worldly possessions by way of theft and failed protection of basic human rights, the freedom to contract, freedom of expression, the security of the person, the denial of full faith and credit and nullification of the public record, belligerent disregard by public officials who have an obligation to their oath of office. These individuals have colluded to steal legal and financial documents valued at $48 million in credit, they have issued letters of

marquee, kidnapped and unlawfully detained a Citizen with treaty of being a self aware human being. While being afflicted with torture have the Presenter bound for hours yelling for relief in a secured area. The seizure of Presenter's car, contracts, private records, legal research, All property and household goods have been taken or destroyed. Presenter currently has a court order that subjects him to arrest if he enters the county commissioner building or files any more filings into the public record by mail or physical entry, in person or by agent. Presenter has been physically beaten by Sheriffs Deputies for declaring he was a self aware human being claiming to be one of Gods people and the denial of a judge to enter a counterclaim for redress of injury as a matter of law.

## STATEMENT OF FACTS

On this TWENTY FIRST day of MAY year of our Lord two thousand and twelve, now appearing **Eddie of the family of Banks, of the Pangaea, of the Household of Banks, and Befriend of the same (or any variation thereof is always to refer to the Administrator)** The General Administrator/Governor/Grantor, [Eddie-Alexander:], a living breathing self-aware Man, not deceased, am the Governor/Grantor/ Executor/Director/ Sole Beneficiary/Sole Shareholder/Chief Executive Officer (herein, and heretofore to be known as "Presenter"), a creditable living , self-aware sentient MAN, known to me with verification, who duly attest and affirm, on this affirmation and acknowledgement, depose and declares:

The General Administrator/Governor/Grantor Eddie of the family of Banks, of the Pangaea, is an immortal spirit created in the image of the Father here Now is one of His people. Conscious of my trinity of heart, mind and soul; born a child of God now living a man of Divine peace. Under the grace of the creator's and by the creator will I am a Sovran power a tribunal of a court of record as to his respective foreign nation state with exclusive final jurisdiction in all matters concerning my lands and real property, all contracts, and the unrestricted pursuance of the prosecution of any redress or remedy and all interest in my inheritance of my estate and its affairs.

1. That the Presenter is not a member of the collective entity nor has ever been a member of the collective entity (doctrine).
2. Matters exit in the county record that give account of the event which was the physical beating suffered by the Presenter at the hands of Broward Sheriff's **Deputies E. Richardson and Martian**, Video of BSO internal affairs complaint filing and interview. Link: http://youtu.be/lxJW0F1J1Mw A counterclaim was filed and rejected by **Howard C. Forman**, Clerk of Broward County 17th Judicial Circuit. His office literally sent back the original stamped counterclaim with no explanation or cover letter.
3. A trial was to be heard by **Judge Mary Rudd Robinson** State of Florida v. Eddie-Alexander: Banks. Interested party demanded a jury trial. Judge Mary Rudd Robinson refused a trial by jury and proceeded with a bench trial, Judge Mary Rudd Robinson denied the entry of Presenters counterclaim and the entry of a true bill for accommodation.
    a. The Deputy who wrote the ticket was responsible for the charge and subsequent letter of marquee being issued by **Judge Jill Levy**.

What this Deputy did was write on the ticket a false address other then the address that was printed on the Florida State ID card. By doing this notice of process was never received, resulting in a capias being issued, and the kidnapping of the body of the living man Eddie-Alexander: .

4. The Presenter was denied full faith and credit by the District Court for Southern Florida **Judge Kathleen M. Williams** where she referred to the private prosecution of a civil matter as frivolous in procedure despite being in accord with the Administrative Procedures Act. Presenter was entitled to judgment as a matter of law but denied by Judge Kathleen M. Williams who refused to provide or operate within the lawful authority of her oath of office.

5. The Presenter decided to peaceably assemble in front of the Federal District Courthouse by walking with a sign. Link: http://youtu.be/L5QT7ygtKs8. In protest of the denial of human rights and full faith and credit of the public record as mandated by the US Constitution and Florida Constitution and the refusal to register a private judgment for enforcement. Presenter issued a writ of covenant on the clerk of the court .
    a. Presenter was arrested by Ft. Lauderdale **police officer Stevens Galu** for failure to obey a police or fire Marshal order. The charge was never filed.

6. Presenter gaining new understanding and proceeded to operate by his free will act and deed, to execute this acknowledgement of my acceptance of a warrantee deed and lawful ownership of real property, land, and tenement. Presenter request that the records on file in the office of the recorder of deeds be updated now to show his lawful acknowledgement and unconditional acceptance of the Warrantee Deed as lawful owner of Real Property in fee simple.
    a. Presenter after lawfully recording acknowledgement of a deed having good title accepted possession of Plate Book 42 page 17 of public record lot 19, Block 5, GARDEN ACRES, The recorder of Broward County, Florida State a Republic. Commonly known as 831 NE 47th Court, Oakland Park, Florida
    b. Presenters video account Titled BSO Gang in ACTION Link: http://youtu.be/17ZEaGngSLY. An individual claiming to be the realtor appears and sees that the house is occupied and call Broward County Sheriffs Office, to the scene.
    c. Presenter sees the activity outside and goes out to investigate. BSO was given instant notice by way of certified public record of transfer of real property. Presenter gave notice of Public Recorded reservation of rights pursuant to UCC 1-308 and acceptance of their oath of office to perform their lawfully authority without plains or presumptions.
    d. One BSO Sheriff's Deputy states this is like reading Chinese legally speaking and admitted that it is a civil matter. See video Link: http://youtu.be/17ZEaGngSLY. It is obvious the contempt for the knowledge the Presenter has on the subject matter and for the vessel from which the information was flowing.
    e. That BSO did in fact make legal determinations to which they had no authority to make. Sheriff's Deputies held court on the grounds of the property in question and

concluded that my publicly recorded instrument sealed by the Florida Secretary of State authority of the Presenters free will act and deed was without nor deserving of power and enforcement.

    a. From Canon of positive Law, Article 1, section 8 and 9:

viii. When referring to these Canons of Positive Law collectively it may also be taken that the primary and original form of these laws reside a supernatural spiritual document registered in Heaven first and a physical document registered in the Great Register and

Public Record of One Heaven upon the Earth second. Therefore, wherever an official and valid form of these laws is presented in physical form, it shall be bound to its spiritual form, from which it derived its spiritual power and authenticity; and

ix. Let no man, women, spirit or officer of a lesser society place themselves in grave dishonor of Divine Law, Natural Law and the Living Law upon denying the validity of these canons of law. Have been warned, any act in defiance of these laws shell have no effect and any spiritual invocation in opposition to the validity of these laws shall be immediately returned upon the make. As it is written, so be it.

f. The Presenter was arrested for trespassing May 7th 2012 despite having the highest form of evidence a publicly recorded certified title and ownership to the property.

g. BSO did indeed give possession of the real property recorded in Plate Book 42 page 17 of public record lot 19, Block 5, GARDEN ACRES, The recorder of Broward County, Florida State a Republic. Commonly known as 831 NE 47th Court, Oakland Park, Florida with all household goods and personal property to an individual know as Steven E. McAleer Fort Lauderdale - WEICHERT, REALTORS® Phone: (954) 527-2600. Who admitted he was not the owner.

h. Upon release from jail the Presenter filed a Writ of Replevin May 8, 2012 in the 17th Judicial Circuit for Broward County to have the property returned to him.

    a. May 10th 2012 the Presenter drove by the property to find the door ajar. The Presenter called 911 and requested sheriff presence since no one should have been in the dwelling with all of Presenters family's house hold goods and property without Presenter being present.

    b. Upon BSO's arrival they immediately drew their weapons on the Presenter and forced him to the ground searched then taken into custody.

i. **Deputy Mitchell Gorden** charged Presenters person with 3 counts of simulating legal process fraudulent,

    a. which were for three liens Presenter had filed in the public record after default and publics officials violating his rights under the common law. 1 count of burglary on an unoccupied dwelling, the house Presenter was dwelling in and grand theft of a house.

- b. Upon facing **Judge John J. Harley** the Presenter simply asked are you denying me full faith and credit of the public record.
- c. Judge John J. Harley found probable cause for all 5 charges. Then accused the Presenter of fraudulently failing liens on public officials that have violated the Presenters rights under common law.
- d. Judge John J. Harley offered a court order to the Presenter not to set foot inside the county recorders building nor file any more documents into the county record in person, by mail, or agent or the Presenter would be subject to arrest.

7. BSO, crime scene investigator Deputy Mitchell Gorden confiscated Presenters record book, inside original deeds, other contracts, records, as well as a bailment bond valued at S48 million dollars.
   - a. On May 21, 2012 Petitioner traveled to the court house to inspect the case folder Link: http://youtu.be/z-2eokXJP6I . The Presenter did not find his valued S48 million credit Bailment bond, his record book nor a evidence log of the items that were seized.
8. BSO gave **Steven E. McAleer** an agent for Fannie Mae possession of the Property and all of Presenter's family worldly goods. After service of the Writ of Replevin by BSO, Steven E. McAleer had Presenters car towed and all house hold possession and property within the dwelling destroyed.
   - a. While Presenter was in jail (8 days) Steven E. McAleer refused to permit the wife of Pertioner ample time to reenter the property to remove any other needed property.
     - a. Steven E. McAleer disregarded the fact that two children and single mom would need basic necessities of food, clothes, money, and documents, family air looms were all taken, discarded or dumped, and car impounded.

In the videos you see BSO Sergeant taking NOTICE of the highest form of evidence certified publicly recorded documents, as well as being put on notice as to their obligation of oath of office as they have no clue or understanding the lawful instrumentalities that was before them. BSO is observed have taken notice and disregarded its obligation to protect, enforce law and serve the People. They all stand subject liable civilly and criminally in their public and private capacity! Respondent's waged war against Presenters Declarations, Treaties, other contracts published in the public record and denied full faith and credit to public Acts as required by law.

It has been established I verify and acknowledge under penalty of perjury with full reservation of rights without recourse <u>under the laws of the United States of America</u> that the afforgoing is true and correct. Executed by him on this 24TH day of May 2012.

_____ (L.S.)
Vanquished Presenter without prejudice, without recourse

IN THE MATTER OF COMMERCE.
Instrument # EAB12WQM0358
**INVIOCE**

No. 012503

Date incurred:



STATE OF FLORIDA, et. al.
201 SE 6th street
Ft. Lauderdale Florida 33301

Counterclaim State of Florida Lost at trial
Subject to the amount due              $    48,000,000.00
                                       =========================
                         Total         $ 48,000,000.00

True Bill            EAB

================================================================================
=======                                                              ========
=======                                                              ========
================================================================================

IN THE MATTER OF COMMERCE.
Instrument # EAB12WQM0358
INVIOCE

No. 012504

Date incurred:

Stevens Galu, et. al. (accepted by Officer by default)
1300 W Broward Blvd. Ft. Lauderdale FL 33312
False arrest charges never filed        $    18,000,000.00
                                       =========================
                         Total         $ 18,000,000.00

True Bill            EAB

IN THE MATTER OF COMMERCE.
Instrument # EAB12WQM0358
**INVIOCE**

No. 012505

Date incurred:

**Broward Sheriffs Deputies**
    Martain, et. al. (accepted by default)
    2601 W Broward Blvd.
    Ft. Lauderdale FL 33312
    Counterclaim Physical Beating      $     30,000,000.00
                                                                 =========================

Total

```
================================================================================
=======                                                 .            ========
=======                                                              ========
================================================================================
```

IN THE MATTER OF COMMERCE.
Instrument # EAB12WQM0358
**INVIOCE**

No. 012506

Date incurred:

**Broward Sheriffs Deputies**
    E. Richardson, et. al (accepted by default)
    2601 W Broward Blvd.
    Ft. Lauderdale FL 33312
    Counterclaim Physical Beating      $     30,000,000.00
                                                                 =========================

Total      *$ 30,000,000.00* (handwritten)

*True Bill* (handwritten)      [signature]

IN THE MATTER OF COMMERCE.
Instrument # **EAB12WQM0358**
**INVIOCE**

No. 012507

Date incurred:

Jill Levy, et. al.
1600 West Hillsboro Blvd.
Deerfield Beach FL 33442
    Unlawful detainer Capias      $      20,000.00

Total     $ 20,000.00

True Bill

========================================================================
=======                                                          ========
=======                                                          ========
========================================================================

IN THE MATTER OF COMMERCE.
Instrument # **EAB12WQM0358**
**INVIOCE**

No. 012508

Date incurred:

Mary Rudd Robinson, et. al.
S.E. 6th Street, Room 230.
Ft. Lauderdale, FL 33301
    Violation of right to trial by jury      $      500,000.00

Total     $ 500,000.00

True Bill



IN THE MATTER OF COMMERCE.
Instrument # **EAB12WQM0358**
**INVIOCE**

No. 012509

Date incurred:

John J. Harley, et. al.
201 SE 6th street
Ft. Lauderdale Florida 33301

Denial of full faith and credit of
the public record unlawful order banning
Plaintiff from filing instruments in the public record     $     10,000,000.00
                                                              =========================
                                                Total        $ 10,000,000.00

*True Bill*

=================================================================================
=======                                                                   ========
=======                                                                   ========
=================================================================================

IN THE MATTER OF COMMERCE.
Instrument # **EAB12WQM0358**
**INVIOCE**

No. 012510

Date incurred:

Steven E. McAleer, et. al.
3045 N Federal Hwy Suite 24.
Fort Lauderdale 3306



For the theft and destruction of all private
  possessions and property.                    $     10,000,000.00
                                               =========================
                                 Total         $ 10,000,000.00

*True Bill*

<u>IN THE MATTER OF COMMERCE</u>.
Instrument # EAB12WQM0358
    **<u>INVIOCE</u>**

No. 012511

Date incurred:

KATHLEEN M. WILLAIMS, et al.
299 E. Broward Blvd.
Ft. Lauderdale FL 33301
    Obstruction of redress
    Denial of hearing and jury
    trial and other violation

$      10,000,000.00
==========================
Total    $10,000,000.00

*True Bill*     *EB*

---

<u>IN THE MATTER OF COMMERCE</u>.
Instrument # EAB12WQM0358
    **<u>INVIOCE</u>**

No. 012512

Date incurred:

MITCHELL GORDEN, et. al.
2601 W Broward Blvd.
Ft. Lauderdale FL 33312

    For the destruction of all private possessions
    and property. Making a legal determination
    on Presenters contracts and free will act and deeds

$      10,000,000.00
==========================
Total    $10,000,000.00

*True Bill*     *EB*

# CERTIFICATE OF SERVICE



I the undersigned certify that a true and correct copy of the instrument captioned **VERIFIED WRIT OF QUO WARRENTO AND MANDAMUS AND COMPLAINT FOR DAMAGES** was sent to all respondents list herein on this **24th** day of **May**, 2012; Presenter caused to be sent by first class mail The Petition for writ of quo warrento respondents as follows:

1. AL LAMBERTI, et al. **Located at:** 2601 W Broward Blvd. Ft. Lauderdale FL 33312 (012501, 012502)*
2. JOHN J. HARLY, et al. **Located at:** 201 S.E. 6th Street, Room 230. Ft. Lauderdale, FL 33301 (012509)*
3. MARY RUDD ROBINSON, et al. **Located at:** 201 S.E. 6th Street, Room 230. Ft. Lauderdale, FL 33301 (012508)*
4. HOWARD C. FORMAN, et al. **Located at:** 201 S.E. 6th Street, Ft. Lauderdale, FL 33301
5. STATE OF FLORIDA, et. al. **Located at:** 201 S.E. 6th Street, Room 230. Ft. Lauderdale, FL 33301 (012503)*
6. JILL LEVY, et al. **Located at:** 1600 West Hillsboro Blvd. Deerfield Beach FL 33442 (012507)*
7. STEVENS GALU, et. al. **Located at:** 1300 W Broward Blvd. Ft. Lauderdale FL 33312 (012504)*
8. E. RICHARDSON, et al. **Located at:** 2601 W Broward Blvd. Ft. Lauderdale FL 33312 (012506)*
9. MARTIAN, et al. **Located at:** 2601 W Broward Blvd. Ft. Lauderdale FL 33312 (012505)*
10. KATHLEEN M. WILLAIMS, et al. **Located at:** 299 E. Broward Blvd. Ft. Lauderdale FL 33301 (012511)*
11. STEVEN E. McALEER, et. al. **Located at:** 3045 N Federal Hwy Suite 24. Fort Lauderdale 3306 (012510)*
12. MITCHELL GORDEN, et. al. **Located at:** 2601 W Broward Blvd. Ft. Lauderdale FL 33312 (012512)*

*True Bill attached

_____
Witness by postal clerk the placement, sealing, and sending by first class mail the instrument captioned :

**VERIFIED WRIT OF QUO WARRENTO AND MANDAMUS AND COMPLAINT FOR DAMAGES**

I further certify the same by the bond of my hands autograph.
Without Prejudice/ucc1-308. *All right Reserved at all times.*

/SS/ By:_____
Eddie-Alexander: Banks, General Administrator – Principal
Attorney-In-Fact, without recourse