UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61001-CIV-WILLIAMS/SELTZER

EDDIE ALEXANDER BANKS,

    Plaintiff,

v.

AL LIMBARDI, et al.,

    Defendants.
_____/

### ORDER OF RECUSAL

The undersigned Judge, to whom the above-styled cause was assigned, hereby recuses herself and refers this matter to the Clerk of Court for Reassignment in accordance with Title 28, U.S.C., Section 455 and Local Rule 3.7 for permanent reassignment to another Judge in accordance with the blind assignment system.

DONE AND ORDERED, in Miami, Florida, this 30th day of May, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

In accordance with the **Local Rules for the Southern District of Florida**, providing for the random and equal allotment of cases, this cause is hereby **reassigned** to the calendar of **United States District Judge** ROBERT N. SCOLA, JR.

Copies of this Order shall be served on all pending parties of record via the Court's CM/ECF system. All documents for filing in this case shall carry the following case number and designation: 12-61001-CIV-SCOLA/ROSENBAUM.

**BY ORDER** of the Court this 30th day of May, 2012.

STEVEN M. LARIMORE
Court Administrator•Clerk of Court
By: _____
    Deputy Clerk

cc:  U.S. District Judge Robert N. Scola, Jr.
      All counsel/parties of record