IN THE DISTRICT COURT OF THE UNITED STATES SOUTHERN FLORIDA

Of his own authority.

**Eddie-Alexander: surname BANKS, et. al.**
    Presenter,
v.

AL LAMBERTI, et al.
JOHN J. HARLY, et. al.
JILL LEVY, et. al.
MARY RUDD ROBISION, et. al.
STEVENS GALU, et. al.
E. RICHARDSON, et. al.
MARTIN, et. al.
HOWARD C. FORMAN, et. al.
KATHLEEN M. WILLAIMS, et. al.
MITCHELL GORDEN, et. al.
STEVEN E. McALEER, et. al.
STATE OF FLORIDA, et. al.
    Respondents.

CASE NO. 0:12-cv-6100-KMW #2
(6/001)

**VERIFIED WRIT OF QUO WARRENTO AND MANDAMUS AND COMPLAINT FOR DAMAGES**

**JURY TRIAL DEMANDED**

FILED 2012 MAY 31

## EVIDENCE PRESENTED

The Presenter submits into question 2 envelopes {enclosure **VERIFIED WRIT OF QUO WARRENTO AND MANDAMUS AND COMPLAINT FOR DAMAGES**} addressed to Broward County Sheriff's Deputies believed to be known as E. Richardson and Martain. In the Internal Affairs (IA) interview (youtube Link: http://youtu.be/lxJW0F1J1Mw) these deputies were acknowledged as being deputies. The Petitioner was never notified of the findings. IA did not release the tapes from the jail to Presenter as affirmed.

The envelopes were returned marked "Return To Sender. No Such Person" sent to Deputies E. Richardson, et. al. and Martin, et al. who are individuals who beat me while in jail.

Evidence submitted: That Broward Sheriff's Office operates outside the bounders of authority of the promissory oath of office to support and uphold the Constitution of the United States and the Florida Constitution and laws. Youtube link 1-6: BSO How I Contract with them http://youtu.be/UXZze65_r8M <> BSO Gang in Action 1-6:http://youtu.be/17ZEaGngSLY . The threat of arrest for requesting an oath of office: http://youtu.be/EDv2BUuvruY
These encounters Sheriffs deputies always refuse to bona fide(ly) identify themselves, How is the Presenter is subject to arrest and has been arrested for doing the same thing.

BSO will employ tactics of stonewalling, lies and brutal force to see that their personal will, agenda, or objective prevails in any situation to overwhelm a human being, self aware of not, peaceful or not.

Rebuttal is in waiting.

                                                 _____(L.S.)
                                      Administrator of record, without prejudice, without recourse.

                      Certificate Of Service
A true and correct copy of this work was sent first class mail on the 31st day of May 2012.
AL LAMBERTI, et al. **Located at:** 2601 W Broward Blvd, Ft. Lauderdale FL 33312
                             /ss/_____

Alexander Banks
eral Delivery
uderdale Florida
Republic, Non Domestic
[near 33310]

← Return To Sender



E. Richardson, et. al.
~~[address crossed out]~~

No Such Person

Alexander Banks
eral Delivery
Lauderdale Florida
a Republic, Non Domestic
[near 33310]

Return To Sender



MARTIN, et. al.
~~[address crossed out]~~

No Such Person