IN THE DISTRICT COURT OF THE UNITED STATES SOUTHERN FLORIDA

Of his own authority.

**Eddie-Alexander: surname BANKS, et. al.**
    Presenter,

v.

AL LAMBERTI, et al.
JOHN J. HARLY, et. al.
JILL LEVY, et. al.
MARY RUDD ROBISION, et. al.
STEVENS GALU, et. al.
E. RICHARDSON, et. al.
MARTIN, et. al.
HOWARD C. FORMAN, et. al.
KATHLEEN M. WILLAIMS, et. al.
MITCHELL GORDEN, et. al.
STEVEN E. McALEER, et. al.
STATE OF FLORIDA, et. al.
    Respondents.

CASE NO. 0:12-cv-6100-KMW  #2 (61001)

**VERIFIED WRIT OF QUO WARRENTO AND MANDAMUS AND COMPLAINT FOR DAMAGES**

**JURY TRIAL DEMANDED**

FILED 2012 MAY 31 AM 11:24

## NOTICE OF ACKNOWLEDGEMENT AND REDACTMENT

*Equality under the law is paramount and mandatory by law.*

This serves as acknowledgement of redaction requirements and privacy policy. Presenter gives notice that all filings with this body is specifically exempt by the Rule(s) open truth shall govern this matter and its proceedings. Notice is given of compliance easement for the redaction requirements [Fed. R. Civ. P. 5.2 & Fed. R Crim. P. 49.1] Personal identifiers have been redacted as follows:

Social Security number: last four digits only; taxpayer ID number: last four digits only; financial accounts numbers: last four digits only; date of birth: year only; minor's name: initials only; home address (for criminal cases only). This is a civil action in the common law.

Prepared By: Eddie-Alexander: Banks

_____(L.S.)
Administrator of record, without prejudice, without recourse.

**NOTICE OF ADDRESS**
Return Service to:

≥:   "Eddie-Alexander: Banks
    C/o General Delivery
    Fort Lauderdale, Florida
    State a republic [near 33310]
    Without the United States"

≥: Please respect the assertion of rights and the proceeding from a different/foreign jurisdiction and provide service as captioned.

## Certificate Of Service

A true and correct copy of this work was sent first class mail on the 31st day of May 2012.
AL LAMBERTI, et al. **Located at:** 2601 W Broward Blvd. Ft. Lauderdale FL 33312
    /ss/_____