IN THE DISTRICT COURT OF THE STATES SOUTHERN FLORIDA

Of his own authority.

**Eddie-Alexander: surname BANKS, et. al.**
        Presenter,
v.

**AL LAMBERTI, et al.**
**JOHN J. HARLY, et. al.**
**JILL LEVY, et. al.**
**MARY RUDD ROBISION, et. al.**
**STEVENS GALU, et. al.**
**E. RICHARDSON, et. al.**
**MARTIN, et. al.**
**HOWARD C. FORMAN, et. al.**
**KATHLEEN M. WILLAIMS, et. al.**
**MITCHELL GORDEN, et. al.**
**STEVEN E. McALEER, et. al.**
**STATE OF FLORIDA, et. al.**
        Respondents.

CASE NO. 0:12-cv-61001-~~KMW~~ Scola #2

FILED BY ___ JB

2012 JUN -1 PM 12:48

**VERIFIED WRIT OF QUO WARRENTO AND MANDAMUS AND COMPLAINT FOR DAMAGES**

**JURY TRIAL DEMANDED**
*Notice to servant is Notice to master.*
*Notice to mater is Notice to servant.*

## NOTICE OF INQUIRY

TO: JILL LEVY, et. al.

Presenter was in front of JILL LEVY, et. al. on a case matter which you denied all rights to proceed pursuant to the common law. You made the statement were is no common law in the State of Florida.

http://youtu.be/aAVDw_YJCMw

- What it your definition of the common law?
- Is getting people to pay finds your primary objective when dealing this the public?
- As the Presenter stated he was not at the hearing of his own free will. Why was there no meaningful address of the matter nor the entry of a counter claim?
- Why did you bar the public record of the Presenters assertion of rights and application of record?
- Why did you refuse to state the court's jurisdiction?
- Is it lawful for you to practice law from the bench and make legal determinations over a self aware human being?

Your response is in waiting!

_____(L.S.)
Administrator of record without prejudice, without recourse.

### Certificate of Service

I certify that a true and correct copy of this work was sent on this _1st_ day of _June_ 2012 to:

JILL LEVY, et. al. Located at: 1600 West Hillsboro Blvd. Deerfield Beach FL 33442

/ss/ _____

IN THE DISTRICT COURT OF THE UNITED STATES SOUTHERN FLORIDA