IN THE DISTRICT COURT OF THE UNITED STATES SOUTHERN FLORIDA

Of his own authority.

**Eddie-Alexander: surname BANKS, et. al.**
   Presenter,
 v.

AL LAMBERTI, et al.
JOHN J. HARLY, et. al.
JILL LEVY, et. al.
MARY RUDD ROBISION, et. al.
STEVENS GALU, et. al.
E. RICHARDSON, et. al.
MARTIN, et. al.
HOWARD C. FORMAN, et. al.
KATHLEEN M. WILLAIMS, et. al.
MITCHELL GORDEN, et. al.
STEVEN E. McALEER, et. al.
STATE OF FLORIDA, et. al.
   Respondents.

CASE NO. 0:12-cv-61001-KMW #2 *Scola*

**VERIFIED WRIT OF QUO WARRENTO AND MANDAMUS AND COMPLAINT FOR DAMAGES**

**JURY TRIAL DEMANDED**
*Notice to servant is Notice to master.*
*Notice to mater is Notice to servant.*

FILED BY ___ 2012 JUN -1 PM 12:48

## NOTICE OF INQURY

TO: JOHN J. HARLY, et. al.

- The Presenter inquires as to your willful denial of the public record?
- Why do you know or refuse to adhere to law as it relates to the full faith and credit of the public record?
- Why did you not respond to correspondence relating to a particular subject matter?
- Do you know what common law is?
- Do you understand and respect questions of jurisdiction?
- Why do you display the attributes of commercial law that is governed by the Uniform Commercial Code, but deny the Presenter the same standing?
- Is the use of force on a peaceful man a customary practice in enforcing statutory law.

Your response is in waiting!

_____(L.S.)
Administrator of record, without prejudice, without recourse.

### Certificate of Service

I certify that a true and correct copy of this work was sent on this 1st day of June 2012 to:
JOHN J. HARLY, et al. Located at: 201 S.E. 6th Street, Room 230. Ft. Lauderdale, FL 33301

/ss/ _____

IN THE DISTRICT COURT OF THE UNITED STATES SOUTHERN FLORIDA

Of his own authority.