IN THE DISTRICT COURT OF THE UNITED STATES SOUTHERN FLORIDA

| | |
|---|---|
| Eddie-Alexander: surname BANKS, et. al.<br>Presenter,<br>v.<br><br>AL LAMBERTI, et al.<br>JOHN J. HARLY, et. al.<br>JILL LEVY, et. al.<br>MARY RUDD ROBISION, et. al.<br>STEVENS GALU, et. al.<br>E. RICHARDSON, et. al.<br>MARTIN, et. al.<br>HOWARD C. FORMAN, et. al.<br>KATHLEEN M. WILLAIMS, et. al.<br>MITCHELL GORDEN, et. al.<br>STEVEN E. McALEER, et. al.<br>STATE OF FLORIDA, et. al.<br>Respondents. | CASE NO. 0:12-cv-61001-~~KMW~~ Scola #2<br><br>**VERIFIED WRIT OF QUO WARRENTO AND MANDAMUS AND COMPLAINT FOR DAMAGES**<br><br>**JURY TRIAL DEMANDED**<br>*Notice to servant is Notice to master.*<br>*Notice to mater is Notice to servant.* |

## NOTICE OF INQURY

TO: STEVEN E. McALEER, et. al.

You were given proper notice of contracts in the public record and you choose to trespass and accept the terms of those instrumentalities.

- By what authority do you take the real property of a family of 4 with 2 children under the age of 11 go through it take the valuables and discard the rest.
- Has the Presenter damaged you or your property?
- As a realtor are you licensed?
- Were you instructed to destroy the Presenters property?
- How did you dispose of the Presenters property?
- Who discharged the property?

Your response is in waiting!

_____ (L.S.)
Administrator of record, without prejudice, without recourse.

### Certificate of Service

I certify that a true and correct copy of this work was sent on this _1st_ day of _June_ 2012 to:
STEVEN E. McALEER, et. al. Located at: 3045 N Federal Hwy Suite 24. Fort Lauderdale 33306

/ss/ _____