IN THE DISTRICT COURT OF THE UNITED STATES SOUTHERN FLORIDA

Of his own authority.

**Eddie-Alexander: surname BANKS, et. al.**
    Presenter,

v.

AL LAMBERTI, et al.
JOHN J. HARLY, et. al.
JILL LEVY, et. al.
MARY RUDD ROBISION, et. al.
STEVENS GALU, et. al.
E. RICHARDSON, et. al.
MARTIN, et. al.
HOWARD C. FORMAN, et. al.
KATHLEEN M. WILLAIMS, et. al.
MITCHELL GORDEN, et. al.
STEVEN E. McALEER, et. al.
STATE OF FLORIDA, et. al.
    Respondents.

CASE NO. 0:12-cv-61001-KMW  Soola  #2

**VERIFIED WRIT OF QUO WARRENTO AND MANDAMUS AND COMPLAINT FOR DAMAGES**

*Notice to servant is Notice to master.*
*Notice to mater is Notice to servant.*

## NOTICE OF INQURY

TO: MITCHELL GORDEN, et. al.

Presenter seeks an answer from Sheriff's Deputy Mitchell Gorden. The day of the arrest 05/10/2012, Presenter called 911 because an individual was in the house with all my property BSO responded and arrested the presenter:

- Are you a licensed Attorney?
- Do you have Power of Attorney to represent the state?
- Do you have a Power of Attorney from Presenter to use his private copyrighted and trademarked property?
- How did you come to the legal determination that the Presenters publicly recorded documents were fraudulent?
- You charged the presenters person 3 counts of simulate legal process fraudulent.
- What is your definition of legal process?
- What is fraudulent about the Presenter maintaining a private court of record?
- Why did you refuse to grant me protection pursuant to your oath of office?
- Where is my $48 million bailment Bond? I have viewed the case file no mention of it.

Your response is in waiting!

_____(L.S.)
Administrator of record, without prejudice, without recourse.

**Certificate of Service**

I certify that a true and correct copy of this work was sent on this  1st  day of  June  2012 to:
MITCHELL GORDEN, et. al. Located at: 2601 W Broward Blvd. Ft. Lauderdale FL 33312

/ss/_____