IN THE DISTRICT COURT OF THE UNITED STATES SOUTHERN FLORIDA

Of his own authority.

Eddie-Alexander: surname BANKS, et. al.
    Presenter,
v.

AL LAMBERTI, et al.
JOHN J. HARLY, et. al.
JILL LEVY, et. al.
MARY RUDD ROBISION, et. al.
STEVENS GALU, et. al.
E. RICHARDSON, et. al.
MARTIN, et. al.
HOWARD C. FORMAN, et. al.
KATHLEEN M. WILLAIMS, et. al.
MITCHELL GORDEN, et. al.
STEVEN E. McALEER, et. al.
STATE OF FLORIDA, et. al.
    Respondents.

CASE NO. 0:12-cv-61001-~~KMW~~ Scola #2

VERIFIED WRIT OF QUO WARRENTO AND MANDAMUS AND COMPLAINT FOR DAMAGES

JURY TRIAL DEMANDED

## NOTICE OF OBSTRUCTION

*Equality under the law is paramount and mandatory by law.*

Presenter is experiencing what appears to be obstruction, i.e. willful delay in the redress of grievances. Presenter went to Broward County Courthouse May 31, 2012 to inspect the proceedings in case no. 12-13227 Writ of Replevin filed May 8, 2012. The clerk stated that the summons were not served but returned by Broward County Sheriffs. The reason stated was Broward County Sheriffs deputies made a legal determination that c/o General Delivery, Ft. Lauderdale, Florida [33310] is not an acceptable or valid address. As of May 31, 2012 no Summons has been served on respondents in this case (no. 12-13227 Writ of Replevin). Take notice that Presenter receives all commercial mail bank statements, government, and medical correspondence by way of General Delivery.

The current action that is before this body is seen as an issue for the Sheriff and his Deputies to act in accordance with their lawful duties. Their performance has an air of prejudice based on the matters and facts at hand; that the presenter believes he has the right to choose and is entitle to equal protect and due process of law.

_____ (L.S.)
Administrator of record, without prejudice, without recourse.

Certificate of Service
I certify that a true and correct copy of this work was sent on this ___1st___ day of ___June___ 2012 to:
AL LAMBERTI, et al. **Located at:** 2601 W Broward Blvd. Ft. Lauderdale FL 33312

/ss/ _____

Instrument # EAB12WQM0358