*"PAY TO THE ORDER OF THE UNITED STATES OF AMERICA. WITHOUT RECOURCE"*

IN THE DISTRICT COURT OF THE UNITED STATES SOUTHERN FLORIDA

Special
Deposit

EDDIE ALEXANDER BANKS, et. al.
    Presenter,
v.
AL LAMBERTI,
and DOES 1-12, et. al.
    Respondent(s).

CASE NO. **12-61001-Civ-SCOLA**

**ACKNOWLEGEMENT OF ORDER TO DISMISSING THE INFORMATION**

Judge Robert N. Scola presiding.

*Equality under the law is paramount and mandatory by law.*

    Presenter, Eddie-Alexander:, pursuant to 28 U.S.C. 1746, states that the matters stated herein are true under penalty of perjury under the laws of the Unites States of America and sues in common law the Respondents/Defendants.

    The Presenter acknowledges and accepts document captioned ORDER DISSMISSING THE COMPLAINT WITHOUT PREJUDICE, as true and return it to you for closure and discharge of THE MATTER and that the Presenter does not understand the legal jargon you have set forth. The Presenters comes before this body in full life, and in their Proper Personas. The Presenters are neither 'collective entities' nor 'artificial constructs' of any contrivance of man. The Presenter appears as Citizen of America and believes he has The Right To Access The Court, The Right to Due Process, The Right To Equal Protection of Law and that he does not need a special code, handshake, blood stained signature, incantation, or the like to be able to obtain redress. The collective Entity Rule/Doctrine, nor Florida Statute, does not apply in this matter as the Presenter appears as an American Citizen as a matter of Heritage, and progeny, and is vested and shrouded by the rights secured thereof, such an application of an artificial person and of labeling (Plaintiff) is hereby rebutted!

    By your writing, is the Presenter to overstand that Judge Robert N. Scola's determination is that the Presenters Affidavit of Facts, and other instrumentalities that appear in the Public Record is, in fact, frivolous because it lacks a legal basis or legal merit?

    What are the reasons in fact that the Presenters Evidence of Records is being treated as a nullity? Why is the Presenter being denied *Proceeding Ex factis jus oritur,* pursuant to the Full Faith and Credit Clause—Article IV, Section 1, of the U.S. Constitution—provides that the various states must recognize legislative acts, <u>public records</u>, and judicial decisions of the other states within the United States. It states that "Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State." The statute that implements the clause", 28 U.S.C.A. § 1738. Why are you denying the power to proceed pursuant to:

**1st Amendment:**

Congress shall make no law respecting … prohibiting … the right of the people …to petition the government for a redress of grievances.

**7th amendment:**

EAB-cv-1489 5896

In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any court of the United States, than according to the rules of the common law.

### 9th amendment:
The numeration in the Constitution, of rights, shall not be denied or disparage others retained by the people.

### 10th amendment:
The powers not delegated by the Constitution are reserved to the people.

### 11th amendment:
The Judicial power shall not extend to any lawsuit or equity, or Citizens or Subjects of any Foreign State. ? ['s]

The Presenter has submitted verified information for relief and redress and the Court and has made a legal determination that "Plaintiff's Complaint fails to state a claim upon which relief can be granted and is, in fact, frivolous because it lacks a legal basis or legal merit. The Complaint is difficult to comprehend, but seems to allege that the various Defendants, including Broward County Sherriff's deputies, as well as several judges, did not have the authority to take certain actions against the Plaintiff. The numerous allegations include theft, kidnapping, torture, and unlawful seizure of property. While the Court recognizes these are serious allegation, Plaintiff has failed to articulate any factual or legal allegation in a matter that successfully state a cause of action." Judge Robert N. Scola.

Is not the word frivolous used where in the eyes of the law, there must be no legal justification for bringing the suit and no possible law on which the suit could be based?

How do you find yourself on the Presenter battlefield without an affidavit of status and standing, but seek to obstruct the Law as it appears in the Public Record CFN# 110253253, BK 48159 PG 400, where… c) In Commerce, truth is sovereign. (thou shall not bear false witness), d) Truth is expressed in the form of an affidavit, e) An un-rebutted affidavit stands as truth in Commerce, f) An un-rebutted affidavit becomes judgment in Commerce, g) All matters must be expressed to be resolved, i) Sacrifice is the measure of credibility (no willingness to sacrifice= no liability, responsibility, authority or measure of conviction? So how can you claim to be in good standing you refuse to discharged the Duties of your Oath of Office and permit the equal operation of law, ( due process and equal protection of Law?

Is not the Respondent(s) subject to defenses of a frivolous lawsuit, and may sue the other party for the tort of malicious prosecution? In order to win such a case, however, the Respondents would need to demonstrate not just that the Presenters lawsuit was a frivolous lawsuit and without merit, but also that the Presenter knew it was frivolous and filed it anyway out of malicious intent.

How have you, Judge Robert N. Scola come to the determination that you are permitted to make law or remodel the law?

Is it not, the Duty and Responsibility of Judge Robert N. Scola to Declare and Pronounce Judgment? How do you deny the Presenter this right?

EAB-cv-1489 5896

How is the Presenter subject to the DEMAND to articulate any factual or legal allegation in a matter that that would successfully state a cause of action to this Court, and be Heard (!)? Is the Presenter being DISMISSED for lack of form or is the Presenter viewed as mire chattel not to enjoy the same right, privileges and immunities as yourself?

Why is the Presenter the only one to respond and appear in Proper Personas, in truth, by affidavit of establishing a matter of fact by Record.

Will you Robert N. Scola, stand in Proper Personas in regards to the Presenters allegations established heretofore?

Do you not have your STATUTORY REASONS for quashing ACTIONS set and ready, for cut and paste in ORDERS OF DISMISSAL to quickly disparage the right to proceed according the Law that ordains the mode of probation or trial from the grate form to determine falsehood and truth?

The Presenter receives your determination in ORDER DISSMISSING THE COMPLAINT WITHOUT PREJUDICE as frivolous, because it seeks to rob and deprive the Presenter of Due Process and Equal Protection of law. The Presenter is aware of the Power that is constructively being denied to him as a matter of Heritage, progeny that is vested and shrouded by the rights secured thereof in Law.

The Presenter acknowledges the Court has cited "THIS MATTER", and does not know the existent in which the phase "THIS MATTER" means in legalese. As the Presenter believes it should stated "In the matter of Information in the nature of a writ of quo warranto... The Court admits upon an independent review of the record. The use of the word "record" should be "Record" to indicate the Public Record which has a mandate to be recognition pursuant to the Full Faith and Credit Clause—Article IV, Section 1, of the U.S. Constitution—provides that the various states must recognize legislative acts, public records, and judicial decisions of the other states within the United States. It states that "Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State." The statute that implements the clause", 28 U.S.C.A. § 1738.

How can you Robert N. Scola express that the Court has considered the Complaint as well as the several notices? A notice was tendered to the Court to correct the spelling of AL LIMBARDI to AL LAMBERTI which was never done despite the Courts 24 hour policy on affecting changes of record?
  b) Only a party affected by an affidavit can speak and act for himself and is solely responsible for responding with his own affidavit of truth, which no one else can do for him, CFN# 110253253, BK 48159 PG 400

The Court has the power to act cowardice to pronounce and declare with fraudulent intent by stating, A complaint" must contain... a short and plain statement of the claim showing that the Presenter is entitled to relief. How is the Presenters statement(s)..."to show by what specific constitutional or statutory provision that permitted the violation of the Petitioner's divine rights said to be protected by common law, the Constitution for the United States, the Florida Constitution, as well as Federal and State laws and in international law. (2) the authority to confiscated all household goods, family assets air looms, and legal documentation, not much more then the clothes on my family's back without due process and equal protection of law.", Presenter.

The Court cited, A claim has facial plausibility when the Presenter establishes factual conduct that allows the Court to draw the reasonable inference that the conduct Presenter is liable for the conduct alleged.

Is the Presenter to overstand that the allegations made establish factual conduct that allows the Court to draw the reasonable inference that the conduct Presenter is liable for the conduct of alleged allegations without trial, due process of law, and equal protection of law? So you agree it's ok to take a self aware human being property, beat him and relieve him of all worldly goods?

And detailed factual allegation are not required, but a pleading "that offers 'labels and conclusions' or a formulaic recitation of the elements of a cause of action will not do.

Is the Presenter to overstand that detailed factual allegations are not required to take a self aware human being property, beat him and relieve him of all worldly goods? You are the one employing label and conclusions. Plainly put the Court willfully does not accept the inference of law the Presenter brings forth.

The mere inference that the Court labels the Presenters presentment of information to act as baseless and/or that the legal theories are indisputably meritless. Thank you Robert N. Scola for the violation of due process that you have unveiled the nature of the Station you occupy.

Your labeling Pro se seeks to diminish the capacity in which I hold in good standing who's oath is on file with this Court. You assert Pro se pleadings are held to less stringent standards than the pleadings drafted by attorneys and will therefore, be liberally construed, but you respond to the Presenter as he an attorney with the legal jargon. Can you not speak without word wizardry and speak without plains or presumption?

You asserted that the presenter may proceed in forma pauperis. What is the beginning of the sentence …requires a court to dismiss a case at any time if the [c]ourt… ˜What is the difference in the meaning when you spell "court" it with a lower case "c" then spell it with a capital "C"?˜ …determines that the case is frivolous or fails to stae a claim on which relief may be granted. What capacity are you writing this work, i.e. words. The information in the Writ even in you pleading, you do so behind a veil with the refusal to be referred to the Writ as a Writ.

How did I fail to state a claim on which relief can be granted? The Presenter was been wronged, abused, beaten, and charge falsely and as a result the Presenter presented bills of obligation and you dismiss the presenters presentments by denying further inquiry and ultimately impairing his right to contract. What evidence are you presuming that subjects the Presenter to Federal Rule of Civil Proceedure?

The Presenter never brought forth a complaint he issued a Writ that this Court or court refused due process therefore. What is the Presenters remedy in regards' the information presented Writ? Surly it is not lawful to physically beat then have all worldly possessions taken with no lawful order. How does the present get a matter herd Court or court? How does the Presenter access the credit side of the ledger to access the funds associated this the mandates of HJR-192 so that the Presenter does not proceed in forma pauperis?

Done this 13th day of _May_ 2012.
You are given 20 days to respond?

_____(L.S.)
Eddie-Alexander: Banks/ Governor/Grantor/ Executor / Director/
Sole Beneficiary/Sole Shareholder/Chief Executive Officer, without prejudice

**Return Service In Care of:**
Prepared by: Eddie-Alexander: Banks,
　　　Administrator of Record
　　General Delivery
　　Ft. Lauderdale, Florida
　　Non-Domestic, near [33310]