

IN THE DISTRICT COURT OF THE UNITED STATES SOUTHERN FLORIDA

**EDDIE ALEXANDER BANKS, et. al.**         CASE NO. **0:12-cv-61001-civ-SCOLA**
      Presenter,

v.                                                        **NOTICE OF DEFAULT**

**AL LAMBERTI, et al.**
**And DOES 1-10**                              Judge Robert N. Scola
**et. al.**                          24895
      Respondents.

### NOTICE OF DEFAULT

Acknowledgement of order to dismissing the information nature of a writ of quo warranto was filed June 31, 2012 with Steven M. Larimore clerk of the U.S. District Court and service and notice sent to each party. A documented response was not made putting certain issues and accusations. As of July 2, 2012 you are in full default of the fact of the matters stated therein.

The Bills have been Issued and are valid and need to be settled.

Date: 7-3-2012                                      _____
                                                                     Administrator

Doc No. EAB56-N467
24895/2