

IN THE DISTRICT COURT OF THE UNITED STATES SOUTHERN FLORIDA

| | |
|---|---|
| Of his own authority.<br>**Eddie-Alexander: surname BANKS, et. al.**<br>    Presenter,<br>v.<br><br>**AL LAMBERTI, et al.**<br>**JOHN J. HURLY, et. al.**<br>**JILL LEVY, et. al.**<br>**MARY RUDD ROBISION, et. al.**<br>**STEVENS GALU, et. al.**<br>**E. RICHARDSON, et. al.**<br>**MARTIN, et. al.**<br>**HOWARD C. FORMAN, et. al.**<br>**KATHLEEN M. WILLAIMS, et. al.**<br>**MITCHELL GORDEN, et. al.**<br>**STEVEN E. McALEER, et. al.**<br>**STATE OF FLORIDA, et. al.**<br>    Respondents. | CASE NO. **0:12-cv-61001-civ-SCOLA**<br><br>**NOTICE OF DEFAULT**<br><br>**VERIFIED WRIT OF QUO<br>WARRENTO AND<br>MANDAMUS AND<br>COMPLAINT FOR DAMAGES**<br><br>**JURY TRIAL DEMANDED**<br><br>Jus In Rem<br><br>24895 |

---

### NOTICE OF DEFAULT

Information in the nature of a writ of quo warranto was filed May 31, 2012 with Steven M. Larimore clerk of the U.S. District Court and service and notice sent to each party above. As of July 2, 2012 you are in full default of the fact of the matters stated there in. The Matter was quickly DISMISSED from the public June 4, 2012 however you had a private obligation to answer an affidavit issued against you.

The Bills have been issued and are valid and need to be settled.

Date: July 3, 2012                              _____
                                                                Administrator

Doc No. EAB56-N467
24895/2

# CERTIFICATE OF SERVICE

I the undersigned certify that a true and correct copy of the instrument NOTICE OF DEFAULT Doc No. EAB56-N467 was sent to all respondents list herein on this_____ day of _____ , 2012; Presenter caused to be sent by first class mail The Petition for writ of quo warrento respondents as follows:

1. AL LAMBERTI, et al. **Located at:** 2601 W Broward Blvd. Ft. Lauderdale FL 33312 (012501, 012502)*
2. JOHN J. HARLY, et al. **Located at:** 201 S.E. 6th Street, Room 230. Ft. Lauderdale, FL 33301 (012509)*
3. MARY RUDD ROBISION, et al. **Located at:** 201 S.E. 6th Street, Room 230. Ft. Lauderdale, FL 33301 (012508)*
4. HOWARD C. FORMAN, et al. **Located at:** 201 S.E. 6th Street, Ft. Lauderdale, FL 33301
5. STATE OF FLORIDA, et. al. **Located at:** 201 S.E. 6th Street, Room 230. Ft. Lauderdale, FL 33301 (012503)*
6. JILL LEVY, et al. **Located at:** 1600 West Hillsboro Blvd. Deerfield Beach FL 33442 (012507)*
7. STEVENS GALU, et. al. **Located at:** 1300 W Broward Blvd. Ft. Lauderdale FL 33312 (012504)*
8. E. RICHARDSON, et al. **Located at:** 2601 W Broward Blvd. Ft. Lauderdale FL 33312 (012506)*
9. MARTIN, et al. **Located at:** 2601 W Broward Blvd. Ft. Lauderdale FL 33312 (012505)*
10. KATHLEEN M. WILLAIMS, et al. **Located at:** 299 E. Broward Blvd. Ft. Lauderdale FL 33301 (012511)*
11. STEVEN E. McALEER, et. al. **Located at:** 3045 N Federal Hwy Suite 24. Fort Lauderdale 3306 (012510)*
12. MITCHELL GORDEN, et. al. **Located at:** 2601 W Broward Blvd. Ft. Lauderdale FL 33312 (012512)*

*True Bill attached

_____
Witness by postal clerk the placement, sealing, and sending by first class mail the instrument captioned :

**NOTICE OF DEFAULT**

I further certify the same by the bond of my hands autograph.
Without Prejudice/ucc1-308. *All right Reserved at all times.*

/SS/ By:_____
Eddie-Alexander: Banks, General Administrator – Principal Attorney-In-Fact, without prejudice.

24895/2